B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **Yusdely Padron**　　　　　　　　　　　　　　　　　　　　　Case No. **14-32743**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Co** | **Describe Property Securing Debt:**<br>**10/2006; First mortgage; Monthly pmt = $2,118.19; Arrears = 60 months.**<br>**The Debtor's homestead property located at: 7170 Lee Street, Hollywood, FL 33024** |
| Property will be (check one):<br>　☐ Surrendered　　　　　　　　　　　■ Retained<br>If retaining the property, I intend to (check at least one):<br>　☐ Redeem the property<br>　☐ Reaffirm the debt<br>　■ Other. Explain **Debtor will pursue a loan modification with lender.** (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is (check one):<br>　■ Claimed as Exempt　　　　　　　　☐ Not claimed as exempt | |

B8 (Form 8) (12/08)                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer Usa** | **Describe Property Securing Debt:**<br>**2007-Ford Expedition EL Eddie Bauer 4D Utility.**<br>**VIN# 1FMFK17597LA27892**<br><br>**Note: Blackbook USA Retail Value.** |
| Property will be (check one): <br>  ☐ Surrendered                 ■ Retained<br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ■ Reaffirm the debt<br>  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ■ Claimed as Exempt            ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 17, 2014**          Signature   **/s/ Yusdely Padron**
                                                                               **Yusdely Padron**
                                                                               Debtor