UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:

**YUSDELY PADRON**                          Case No. 14-32743-BKC-RBR
**a/k/a YUSDELY HUAMANCHUMO,**

                                                       Chapter 7

       Debtor(s).
_____/

## CHAPTER 7 TRUSTEE'S
## NOTICE OF INTENT TO SELL REAL PROPERTY OF THE ESTATE

**NOTICE IS HEREBY GIVEN** by Kenneth A. Welt, the Chapter 7 Trustee of the case captioned above, of his intention to sell real property of the estate for the benefit of creditors pursuant to 11 U.S.C § 363 .

The property is described as:

**7170 LEE STREET, HOLLYWOOD, FL  33024**

## CERTIFICATE OF SERVICE

On the 17th day of December, 2014 a copy of this notice was sent to the following parties:

**Via 1st Class Mail:**

Yusdely Padron
7170 Lee Street
Hollywood, FL 33024

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
flecf@aclawllp.com

Sergio M Cabanas on behalf of Debtor Yusdely Padron

sergiocabanaslaw@aol.com,
evanfullerlaw@gmail.com

Brandi Rainey Lesesne, Esq. on behalf of
Creditor HSBC Bank USA, National
Association as Trustee for Nomura Asset
Acceptance Corporation, Mortgage Pass-
Through Certificates, Series 2007-1
flecf@aclawllp.com, Ecf_fl@rcolegal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

*/s/ Kenneth A. Welt*

---

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Plantation, Fla. 33322
(954) 889-3403
Email: kaw@kawpa.com