**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No: 14-32743-RBR** |
| **YUSDELY PADRON,** | **Chapter 7** |

_____**Debtor**_____/

### CERTIFCATE OF SERVICE

I HEREBY CERTIFY that a true copy of Debtor's Amended Statement of Intention has been served on the 5th day of February, 2015 via the Bankruptcy Court's NEF electronic noticing system upon:

**Electronic Notice Via NEF:**
Kenneth A. Welt, Chapter 7 Trustee
Office of the United States Trustee

**And Via First Class U.S. Mail to:**

America's Servicing Company
PO Box 10328
Des Moines, IA 50306

Yusdely Padron
7170 Lee St.
Hollywood, FL 33024


Submitted by:

/s/ **Sergio M. Cabanas, Esq.**_____
Cabanas Law, P.A.
18503 Pines Blvd., Ste 301
Pembroke Pines, FL 33029
Tel.: (954) 447-2580
Fax: (954) 447-2959
Email: sergiocabanaslaw@aol.com
Florida Bar No. 0898082
*Attorney for Debtor*

Date: February 5th, 2015

LF-46 (rev. 12/01/09)